**E-Filed 7/15/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GARY W. HAYNIE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD M. WHYTE, U.S. DISTRICT JUDGE,<br><br>　　　　　　Defendant. | Case Number C 10-2621 JF (PVT)<br><br>ORDER[1] ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND<br><br>[RE: Doc. Nos. 2, 5] |

On June 15, 2010, Plaintiff, proceeding *pro se*, filed a complaint and an application to proceed *in forma pauperis*. On June 24, 2010, Magistrate Judge Patricia V. Trumbull filed a Report and Recommendation, which concluded that Plaintiff's complaint should be dismissed with leave to amend. Plaintiff has not filed any objections to Judge Trumbull's Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3, this Court concurs with and adopts in its entirety Judge Trumbull's Report and Recommendation. Accordingly, the complaint will be dismissed with leave to amend. Any amended pleading must be filed within thirty (30) days.

IT IS SO ORDERED.

DATED: 7/15/2010

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

1  Copies of Order served on:
2
3  Mr. Gary W. Haynie
4  545 Sobrato Drive
   Campbell, CA 95008-4631
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Case No. C 10-2621 JF (PVT)
ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS WITH LEAVE TO AMEND
(JFLC3)